UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

          -v-

ANDREW MICHAEL JONES, et al.,

                Defendants.
-------------------------------------------------------X

NOTICE OF APPEARANCE

Docket No. 13 Cr. 950 (JMF)

TO: CLERK OF COURT

PLEASE TAKE NOTICE that Jacob Kaplan, Esq., of Brafman & Associates, P.C., 767 Third Avenue, New York, New York 10017, is appearing for the Defendant Gary Davis in the above-captioned matter.

_____
Jacob Kaplan, Esq.
Brafman & Associates, P.C.
767 Third Avenue, 26th Floor
New York, New York 10017
Phone: (212) 750-7800
Fax: (212) 750-3906
E-mail: jkaplan@braflaw.com

Dated:  New York, New York
          June 29, 2018