UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
-v- : 13-CR-950-2 (JMF)
:
GARY DAVIS, : <u>SCHEDULING ORDER</u>
:
Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

IT IS HEREBY ORDERED that the parties shall appear for the arraignment and pretrial conference in this matter on **July 19, 2018** at **2:30 p.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

SO ORDERED.

Dated: July 18, 2018
      New York, New York

_____
JESSE M. FURMAN
United States District Judge