

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 3, 2018

**BY EMAIL**

The Honorable Katherine B. Forrest
The Honorable Jesse M. Furman
The Honorable William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street
40 Foley Square
New York, New York 10007

      Re:    **United States v. Ross William Ulbricht**, a/k/a "Dread Pirate Roberts,"
            a/k/a "DPR," a/k/a "Silk Road,"
            14 Cr. 68 (KBF)

            **United States v. Roger Thomas Clark**, a/k/a "Variety Jones," a/k/a "VJ,"
            a/k/a "Cimon," a/k/a "Plural of Mongoose,"
            15 Cr. 866 (WHP)

            **United States v. Andrew Michael Jones**, a/k/a "Inigo," et al.,
            13 Cr. 950 (JMF)

Dear Judge Forrest, Judge Furman, and Judge Pauley:

      The Government respectfully submits this letter to advise the Court that there are currently three related cases pending — one before each of Your Honors — each of which alleges participation, by the defendants, in the Silk Road. Briefly, by way of background, from 2011 to 2013, the Silk Road website hosted a sprawling black-market bazaar on the Internet, where illegal drugs and other illicit goods and services were regularly bought and sold by the site's users. During its more than two-and-a-half years in operation, Silk Road was used by several thousand drug dealers and other unlawful vendors to distribute hundreds of kilograms of illegal drugs and other illicit goods and services to more than one hundred thousand buyers, and to launder hundreds of millions of dollars derived from these unlawful transactions.

Hon. Katherine B. Forrest                                                                                  Page 2
Hon. Jesse M. Furman
Hon. William H. Pauley III

The cases are related because of the alleged roles of each defendant in the Silk Road marketplace:

1. **United States v. Ross William Ulbricht**, 14 Cr. 68 (KBF): Ulbricht was the founder, owner, and operator of Silk Road.  In early 2015, Ulbricht was convicted after a jury trial before Judge Forrest.  He was sentenced to life imprisonment, his conviction and sentence were affirmed on appeal, and his petition for a writ of *certiorari* was recently denied.  Post-conviction litigation is currently ongoing.

2. **United States v. Roger Thomas Clark**, 15 Cr. 866 (WHP): Clark was a senior adviser to Ulbricht.  Clark advised Ulbricht on, among other things, security vulnerabilities in the Silk Road site, technical infrastructure, management of Silk Road users, and operating in a manner to attempt to thwart law enforcement.  Clark also hired and managed a staff of computer programmers who helped develop Silk Road's technical infrastructure, and he was responsible for gathering information on law enforcement's efforts to investigate Silk Road.  In June 2018, Clark was extradited from Thailand.  The Government recently produced several terabytes of discovery.  The next conference is scheduled before Judge Pauley on September 20, 2018.

3. **United States v. Andrew Michael Jones et al.**, 13. Cr. 950 (JMF): The three defendants in this case—Jones, Nash, and Davis—were moderators or administrators for the Silk Road marketplace.  (Ulbricht ran the Silk Road website with the assistance of a small support staff, including both site administrators and forum moderators, whom he paid for their services.)  In July 2018, Gary Davis—one of the three defendants in this case—was extradited from Ireland.  The Government has begun producing discovery to Davis.  The next conference is scheduled before Judge Furman on September 20, 2018.

Please let us know if any additional information would be useful.

Respectfully Submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By:      /s/
Eun Young Choi/Michael D. Neff/Timothy Howard
Assistant United States Attorneys
(212) 637-2187/2107/2308

cc:      All Counsel of Record