# Exhibit A

# Silk Road
*anonymous market*

a few words from
the Dread Pirate Roberts 

messages **0** | orders **0** | account **₿0.0000**

Search [          ] Go

Hi, [____]
logout

🛒 **0**

## Shop by Category

**Drugs** *13,802*
  Cannabis *2,906*
  Dissociatives *203*
  Ecstasy *1,304*
  Intoxicants *71*
  Opioids *365*
  Other *82*
  Precursors *62*
  Prescription *4,650*
  Psychedelics *1,746*
  Stimulants *1,644*
  Tobacco *218*
Apparel *753*
Art *14*
Books *1,322*
Collectibles *26*
Computer equipment *100*
Custom Orders *87*
Digital goods *892*
Drug paraphernalia *496*
Electronics *239*
Erotica *584*
Fireworks *34*
Food *13*
Forgeries *156*
Hardware *35*
Home & Garden *28*
Jewelry *104*
Lab Supplies *30*
Lotteries & games *169*
Medical *56*
Money *269*
Musical instruments *7*
Packaging *91*
Services *171*
Sporting goods *3*
Tickets *4*
Writing *7*


White DMT crystals 200 mg
₿0.2424


1G Mephedrone 4-MMC, 4-Methylmethcathinone 99.8%
₿0.2243


French Seller Pure HC Flake Cocaine 0.5 Gr (500mg)
₿0.7216


~ 100% pure MDMA capsules (x4) ~
₿0.5506


Tramadol generic 100mg 100 count
₿0.4585


Anavar 100 tabs @ 20mg
₿0.9830


Sildenafil Citrate 25g. - - - - - - ♔ From EU ♔
₿0.6572


☘ Modafinil 200mg 100 pills Tracking + Free ship ☘
₿0.7121

500mg NN-DMT - High Quality Wash!
₿0.5346


1 gr of AFGHAN OPIUM, Limited Stock.
₿0.5835


3.5g DMT - Majestic and High quality!
₿4.7925


MDMA Lowest Price Grams
₿0.4182

### From the forum

• DPR's Book Club: Cast your vote!
• Feedback system changes
• HOW TO: Run your own relay and help the Tor network!
• Ask a drug expert physician about drugs and health
• Winning the war on drugs

₿1 = ฿1.0000

community forums | wiki | support