# Exhibit B




**Silk Road**
anonymous market

messages 0    orders 0    account ฿0.0000

Search    Go

a few words from the Dread Pirate Roberts

Hi,
logout

1

Shop by Category



## HIGH QUALITY #4 HEROIN ALL ROCK DIRECTLY FROM KEY

฿1.7198

add to cart    bookmark    discuss 0    report

| Item info: | |
|---|---|
| seller | gotsitall 5.0 |
| ships from | United States of America |
| ships to | United States of America |
| category | Heroin |

postage options:
COMBINE SHIPPING NO  ?

### Description

-NEW BATCH 9/15/13 HIGH QUALITY # 4 HEROIN - THIS IS THE USUAL STUFF THAT I NORMALLY HAVE THAT IS WHY THE PRICE HAS GONE DOWN, LAST BATCH WAS THE KILLER FIRE H AND THAT HAS ENDED, I REPEAT THIS NEW BATCH IS THE NORMAL STUFF I USUALLY HAVE.

-THIS IS A MONDAY SHIPPING TUESDAY DELIVERY+ LISTING

-ALL ROCK

-NO POWDER

VACUUM SEALED

-STEALTH SHIPPING

-199$/GRAM


-6 PM UTC CUTOFF TIME IF U ORDER AFTER YOUR ORDER WILL BE SHIPPED NEXT DAY.


----INSURANCE 12.00$-----
- BECAUSE OF CERTAIN PEOPLE GIVING ME PROBLEMS WITH SOME ORDERS I AM NOW OFFERING INSURANCE TO COVER YOUR PACKAGE IN THE EVENT THAT SOMETHING LISTED BELOW HAPPENS, INSURANCE WILL COVER EVERYTHING THAT HAPPENS AFTER I SHIP YOUR PACKAGE OUT, IF YOU DO NOT PURCHASE INSURANCE I WILL NOT RESHIP YOUR PACKAGE. INSURANCE WILL COVER EVERTHING ONLY WHAT IS LISTED BELOW

-PACKAGE DID NOT RECIEVE ITS FIRST SCAN (LOST PACKAGE)
-PACKAGE WAS LOST IN THE MAIL (LOST AFTER INITIAL SCAN)
-PACKAGE WAS DAMAGED
-PACKAGE WAS MISSING CONTENT

-I TAKE A PICTURE OF EVERY PACKAGE MORE THEN 2 GRAMS SO JUST REMEMBER THAT BEFORE U CLAIM A MISSING CONTENT CLAIM I WILL MATCH WHAT U SAY TOWARD THE PICTURE I TAKE.
-PLEASE REMEMBER TO PURCHASE INSURANCE AS A PRECAUTION IF SOMETHING HAPPENED TO YOUR PACKAGE BECAUSE I WILL NOT RESHIP ANYTHING IF U DID NOT PURCHASE INSURANCE


-PGP KEY

-----BEGIN PGP PUBLIC KEY BLOCK-----

mQENBFGzOuIBCADBPl/1ayV5yACbXhbVZ1U+Cm+C7bF11dtGomvoW4b7DVldATiv
8CqjXHD1P7VD+6p7GnVVrLK0seAq0eLhLoUJeJjF5tv7BVeusELr80u1DTwUR/9W
pJIZhm2P0EUNAMgmzzHkY78LKc/GXJ7XZn4cFB99UZ61wbCimEvTkdzj7pb/mClq
f3ArkKI/omS4B6rwI3MjGw6YfRBn6H1dDK07AGWDFnS0oL8tuq806pg2h3Hhuwdg
Jy7Hxm80yNRgl4/yytmZUt6iwpCAwFOiv584LGJiTIMj3z+uZoFPP4OL5USEPyU1
xxF/pbdCFl8xuRc6LhJAcI8Dg1f/10vXgp2XABEBAAG0IWdvdHNpdGFsbCA8Z290

```
c2l0YWxsQHRvcm1haWwub3JnPokBPQQTAQoAJwUCUbM64gIbLwUJB4YfgAULCQgH
AwUVCgkICwUWAgMBAAIeAQIXgAAKCRDsUEPb2kt94ikBCACCekyrTfzA3ErE/L3T
O/ND5Nw9w2bkuwJ66nzCkDPeuAkCN3s6RXxa7cXEjdR/hsDzd6iPpfEiVR/rH7I9
AMbTrFRaLXrlluWppSt3zS/UKeuRtlEPOFbA5N6mFSGIAaxzjFbhR1FKnAjWihsb
M6BW/cG5Rs6gd8fIdzSHFOR/JrO8xyFpzNG0ZYzWkgdDtOmk+Va39C/PGSXG37a1
jNnqwyLjDUi9hsymcbfLtgO3FoXnZ8R7W2+jpGRdkyZWBfNt5OHNz546cnuj9yD3
ImZV7ZCwvvkpPRE/eMZEea6IOwSWm68R0/db4Dr9Se/vsuMcWVlMBF8c1JroU3Uq
6pzJuQENBFGzOuIBCAC+ocVtjQ0KVuh39dck5DCB5HFdkmnvUrLNczWcfSQLGQzt
3cVty6Cov8ITdvGH1TzZEZsZrvHLT/UBU2Ehwp+pQiPpcjredrpMeKessR1jfMuA
tsASBImjqzYdPJ75vpgyPK3oW9zBHJ4aD/spvzBve69AWwxMeOgEATqe2OM2KIh2
Bapp95zFTv6ssDqdjnscPwccYGdkkn4dJGOXqzY1kDwFktFzQ+Ct3QFwIS9NMyCh
hzMiYEgPOWhgKrtVs9y/xg8Ij2tbjiThbTQc6seISO1bdlAmqedCaGaL/IeqoOpP
FolxM5VQS68VWGEumlQqVLY30q17eE7k1BoU35tZABEBAAGJAkQEGAEKAA8FAIGz
OuICGy4FCQeGH4ABKQkQ7FBD29pLfeLAXSAEGQEKAAYFAlGzOuIACgkQ6Hpq5m/K
VZVqtggAlWNcBLOoRDEgWM0bX0m+OnhfyIezBCulkegtCCfCa3Irjof0ycoGupz0
55vg/p6zNo0QZFUQWWaIcs0oqy5/f+i2SWPeJaW7FgTWXpaCs5x77YSVeFxhWE/Q
nA8avJLUXUv0O1dc/54BI8sn2mo1U6+TYdXneXF1eX0mDuPctAdcCFIAcg5hisfE
EdiXfJ5zbBAE2MNk1kxNhJK2Y4uUXVbhG+Odme3NJG/vuSwIpu0LRd9IfcVJpL+1
nBgJMJo5mniU54w7mqRDs1tQCGJViqCo5TLaF1SZ/NZ5mJ4Pybs3Dc3wNY4e44Yd
EmVhObk+0ETRUWnIsgGFfckdZhvQeCx7B/0cnaTb+j3+RE2i3mu1INoozgKW/IsU
7DBQ8lSKNXUhuuETnYN6+jpXmxqjv7zLdNQmUUTBO45M7aFR0NMGybMxf4OlHgUv
7buK1Go8jRNvqGEqhCKOVuP6KlKVY1yWVw7qyRJ4Y+TctRWcIC5BNS69u5HsACS5
mOMXf1YomSdKhv4jX1UzhpPf9IneqVgrIlxwamjMVYxus1EsFI4GZ7dePy5rCg6q
IqarwMwp450IH2aE7M104CSgYjNuCKbtT7ynbO3wEuGx1b5ZfJb/RDgX8Ir4EdaO
K9XMqjcAFgd0OyFrT2Wq2hACi/0pikhvc5njnM81uwhoEI/rDf7eEJ0K
=Ryy3
-----END PGP PUBLIC KEY BLOCK-----
```

## Reviews:

sort by: [weight] [go] ?

---

**themanwhocan**

orders  spent  vendors
100+   ฿100+   10+

review for: HIGH QUALITY #4 HEROIN ALL ROCK DIRECTLY FROM KEY    qty: 1    price: ฿1+    2d 14h old    5 of 5

next day delivery made it the next day. was in transit shortly after i ordered. product is the same stuff as in picture and came in big chunks. Quality is superb, deffinitly worth the high price to get a more pure product which makes it more cost effective. best stuff ive seen in awhile. its the real deal too non of that fent bullshit. just snorted a small bump and my pain is greatly reduced. thanks alot gotsitall ill be back!

---

**Cobia**

orders  spent  vendors
10+    ฿100+   10+

review for: HIGH QUALITY #4 HEROIN ALL ROCK DIRECTLY FROM KEY    qty: 2    price: ฿1+    3d 18h old    5 of 5

As others have made abundantly clear, gotsitall is an all around stand up guy. He has AMAZING products at more than reasonable prices and his customer support is some of the best I have ever encountered, I was missing some product, and he was just helpful and respectful the entire time, without the typical defensive anger most vendors would display any time there is any mention that product is missing. Through our discussions I was able to figure out what exactly went wrong (Sketchy asshole junky FOAF), and gotsitall was sympathetic and supportive thorough the whole process, even trying figure out how to help me to avoid withdrawal.

TL;DR:
Product 7/5 Awesome Dope (Best domestic stuff I've seen in a while)
Customer Suppoprt/Attitude: 10/5 Just amazing.
Shipping 6/5 Ordered Express Friday at 4pm. Order arrived Monday at 10am.
Stealth 5/5 Nothing lacking here, sealed to be smell/detection proof, wrapped to look like standard mail.

---

**alias hidden**

stats: (hidden)

review for: HIGH QUALITY #4 HEROIN ALL ROCK DIRECTLY FROM KEY    1m 7d old    5 of 5

horrible shipping time! but decent product and it was heavy. despite the b.s shitty shipping i will give 5/5 i feel it is a 5/5

---

**alias hidden**

stats: (hidden)

review for: HIGH QUALITY #4 HEROIN ALL ROCK DIRECTLY FROM KEY    1m 4d old    5 of 5

leaving a 5/5 cuz GIA has never done me wrong so i dont want 1 hick up to reflect his legitimacy because he is the man but my last order was a bit weak for GIA's reputation, had to snort almost triple the amount of this new stuff to get where i was with the old. the product wasnt all rocks like stated(half powder half small rock)vendor didnt even address the fact that i was unhappy with my order but w.e this isnt walmart i guess. Either way GIA always come through and even when the product isnt his best its still probly top 2 of anything else on SR

---

**alias hidden**

stats: (hidden)

review for: HIGH QUALITY #4 HEROIN ALL ROCK DIRECTLY FROM KEY    1m 9d old    5 of 5

Three cheers for GIA. Best vendor on SR! Got my product fast, at a killer price, with great customer service. A++++

---

**A Frend**

orders  spent  vendors

review for: HIGH QUALITY #4 HEROIN ALL ROCK DIRECTLY FROM KEY    qty: 2    price: ฿1+    3d 19h old    5 of 5

Yeah!! ALL chunks off the brick as stated, definitely the GOODS, didn't start the day off

| | | | | |
|---|---|---|---|---|
| 10+ | ฿100+ | 10+ | with it for the most accurate strength rating, but a very small shot cut through the fog admirably, dissolved completely in cool water, weight was on point or maybe 50mg. over, and delivery was speedy - what more could you ask, aside from quantity discounts?<br>Thanks and praises be upon you! | |

**alias hidden**
stats: (hidden)

review for: HIGH QUALITY #4 HEROIN ALL ROCK DIRECTLY FROM KEY    1m 4d old    5 of 5

Great vendor, there was a mix up with the order but gotsitall took care of everything and fixed the situation. Will order again.

**AKMedSupply2013**
orders   spent   vendors
10+   ฿100+   10+

review for: HIGH QUALITY #4 HEROIN ALL ROCK DIRECTLY FROM KEY    15d 18h old    unrated
qty: 1    price: ฿1+
5/5 everytime!! Perfect stealth and perfect dope to match. Got product in less than 24 hours! Thanks again

**radioheadfan5**
orders   spent   vendors
100+   ฿100+   10+

review for: HIGH QUALITY #4 HEROIN ALL ROCK DIRECTLY FROM KEY    qty: 2    price: ฿1+    10d 17h old    5 of 5
Very fast shipping, great stealth, awesome product. You can't do better then GiA!

**alias hidden**
stats: (hidden)

review for: HIGH QUALITY #4 HEROIN ALL ROCK DIRECTLY FROM KEY    1m 11d old    5 of 5
on point. as always

**1** 2 3 > Last ›

community forums | wiki | support

Case 1:13-cr-00950-JMF   Document 83-2   Filed 04/04/19   Page 5 of 5

*B*1 = *B*1.0000