UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                                :
:
        -v-                                                         :    13-CR-950-2 (JMF)
:
GARY DAVIS,                                                             :    SCHEDULING ORDER
:
        Defendant.                                                  :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Due to an urgent family medical matter, the sentencing in this matter scheduled for today is ADJOURNED to **May 17, 2019,** at **10:00 a.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007.

      SO ORDERED.

Dated: April 11, 2019
       New York, New York
                                                      JESSE M. FURMAN
                                                      United States District Judge